```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 12-61735-CIV-ZLOCH
```

BROWARD BULLDOG, INC., and
DAN CHRISTENSEN,

    Plaintiffs,

vs.                                           **O R D E R**

U.S. DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff's Verified Motion For Interim Attorneys' Fee Award (DE 77).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that in the above-styled cause, Defendants are correct that no party has substantially prevailed at this time. Thus, the Court will not consider an award of fees until the conclusion of the case.  To the extent that Plaintiff seeks an award of fees the Motion (DE 77) is dismissed without prejudice and with leave to refile at the conclusion of the case.  But, to the extent that Plaintiff asks the Court to award fees before the Court has reached its conclusions about the merits of the underlying claims, the Motion is denied.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Plaintiff's Verified Motion For Interim Attorneys' Fee Award (DE 77) be and the same is hereby

**DENIED** without prejudice and with leave to re-file as a Motion For Attorney's Fees at the conclusion of the above-styled cause.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___30th___ day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　／s／ William J. Zloch
　　　　　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　　　　　Sr. United States District Judge

Copies Furnished:

All Counsel and Parties of Record